# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author:** Netanel Newberger
**Author's E-Mail Address:** netanelnewberger@mllaborlaw.com
**Direct Dial:** (516) 303-1356

December 5, 2019

> **APPLICATION GRANTED**
> **SO ORDERED** [signature]
> **VERNON S. BRODERICK**
> **U.S.D.J.** 12/5/2019
>
> The parties shall e-mail a dial-in number and meeting code for use at the conference to BroderickNYSDChambers@nysd.uscourts.gov no later than 5 p.m. today, December 5, 2019.

<u>Via ECF</u>
Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, New York 10007

**Re:** **Recycling and General Industrial Union Local 108 Welfare Fund et al. v. Donato Marangi, Inc. et al.**
**Index No.: 1:19-CV-04429 (VSB)**
**MLLG File No.: 123-2019**

Dear Judge Broderick:

  This law firm represents Defendants Donato Marangi, Inc.; Cottage Carting Inc., each doing business as Marangi Disposal and Marangi Disposal Div. CC. Inc.; and Dominick Marangi Sr., Michael Marangi, and Dominick Marangi Jr., each individually (collectively, "Defendants") in the above-referenced matter. The parties jointly respectfully request to appear by telephone at tomorrow's initial conference, scheduled for 10:00 a.m. The parties will provide conference call-in information by email to Your Honor's Chambers to be used for the call if this request is granted.

  The parties are actively finalizing a settlement in principal, and in the last two days have made significant progress to that end, and expect to be able to reach a settlement by next week, and finalize settlement documents by the end of the year. The parties make this request in the interest of reducing attorney's fees, which are one of the principal issues in the settlement discussions. This request does not affect any other scheduled deadline or court appearance, and the parties yesterday filed the Joint Pre-Conference Statement and Proposed Case Management Plan, with which they would comply until the matter is settled.

             Respectfully submitted,

             **MILMAN LABUDA LAW GROUP, PLLC**

             /s/ Netanel Newberger, Esq.
cc:  All counsel of record (via ECF)  Netanel Newberger, Esq.