

**Zachary N. Leeds, Partner**
Tel:   212.356.0243
Fax:  646.473.8243
zleeds@cwsny.com
www.cwsny.com

900 Third Avenue • New York, NY 10022-4869

April 21, 2020

<u>By ECF</u>

Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, New York 10007

   Re: <u>*Recycling and General Industrial Union Local 108 Welfare Fund et al. v.*</u>
     <u>*Donato Marangi, Inc. et al.,* No. 19-CV-04429 (VSB)</u>

Dear Judge Broderick:

  This firm represents plaintiffs in this matter.  I write to advise that defendants have consented to the two-month extension that plaintiffs requested yesterday.

  Thank you for your consideration.

            Respectfully Submitted,

            <u>/s/ Zachary N. Leeds</u>

cc: Counsel of Record (by ECF)